THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LESTER GERSTENBERG, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 15, 1924; decided February 26, 1924.)

APPEAL from a judgment of the Supreme Court, rendered May 4, 1923, at a Trial Term for the county of Greene, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Harold D. Alexander* for appellant.

*Charles G. Coffin, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, McLAUGHLIN and LEHMAN, JJ.